UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARK W. STASIAK and DEBORAH L. STASIAK,

       Plaintiffs,          CASE NO. 8:11-cv-1828-T-33MAP

v.

KINGSWOOD CO-OP, INC.,

       Defendant.
_____/

## ORDER

This matter comes before the Court pursuant to Plaintiffs' Motion to Strike Defendant's Affirmative Defenses (Doc. # 10), which was filed on September 29, 2011. Defendant failed to file a response in opposition to the Motion, and the time for Defendant to do so has expired. The Court grants the Motion, as discussed below.

## Discussion

Plaintiffs initiated this Fair Credit Reporting Act case by filing a four-count complaint against Defendant on August 15, 2011. (Doc. # 1). On September 12, 2011, Defendant filed its answer and affirmative defenses as to complaint counts one through three (Doc. # 6) and filed a motion to dismiss count four. (Doc. # 7). Defendant asserted one "affirmative defense:"

> Plaintiffs fail to state a cause of action upon which relief can be granted as they have failed to allege ultimate facts sufficient to establish the truth or falsity of any alleged purpose of

>  Defendant in accessing Plaintiffs' credit reports
>  or to establish any purpose of Defendant at all.

(Doc. # 6 at 4).

Plaintiffs seek an order striking the defense above, arguing, among other things, that such defense "is bare bones, it is boilerplate, and it simply states a conclusory allegation without factual explanation. It is no more than a recitation of the standard for a motion to dismiss under Rule 12(b)(6)." (Doc. # 10 at 10).

Defendant, a corporation represented by counsel, had ample opportunity to file a response in opposition to the Motion to Strike but decided not to do so. Accordingly, and upon due consideration, the Court grants the Motion to Strike as an unopposed Motion.

Accordingly, it is

**ORDERED**, **ADJUDGED**, and **DECREED**:

Plaintiffs' Motion to Strike Defendant's Affirmative Defenses (Doc. # 10) is **GRANTED**.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 25th day of October, 2011.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record

2